IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
_____

No. 95-20284
(Summary Calendar)
_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

HECTOR FABIO RUEDA-ACOSTA,

                                    Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
(USDC No. CR-H-94-60-14)
- - - - - - - - - -
February 14, 1996
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Hector Fabio Rueda-Acosta appeals his conviction for possessing cocaine with the intent to distribute it, arguing that a search was unlawful. We have reviewed the record and the district court's order denying the motion to suppress, and we find no reversible error. Accordingly, we affirm for essentially the same reasons stated by the district court. United States v. Rueda-Acosta, No. CR-H-94-60-14 (S.D. Tex. Oct. 12, 1994).

AFFIRMED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.